IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID ROBERT BENTZ, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>JAY ZIEGLER, DANIEL DUNN, ROGER )<br>SHURTZ, RICHARD HARRINGTON, )<br>DONALD LINDENBERG, MICHAEL A. )<br>MINER, ERIC QUANDT, JOSHUA )<br>BERNER, JOHN HOOD, JARED PHILLIPS, )<br>JASON REDNOUR, and JACKIE STUEVE, )<br>)<br>   Defendants. ) | Case No. 3:13-cv-1280-NJR-DGW |

**CERTIFICATION**

This case is certified as being ready for its current trial setting of February 21, 2017 at 9:00 a.m. before District Judge Nancy J. Rosenstengel. Parties shall submit their Proposed Final Pretrial Order by January 17, 2017.

**IT IS SO ORDERED.**

**DATED: January 12, 2017**

                                          **DONALD G. WILKERSON**
                                          **United States Magistrate Judge**